```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 16732
    EDITH HULBERT
    LINDSEY HULBERT                         CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-9051     SSN XXX-XX-3101


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/18/2006 and was confirmed 04/02/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG         .00           .00           .00
NUVELL CREDIT CO LLC       SECURED VEHIC     7700.00        469.77       7700.00
NUVELL CREDIT CO LLC       UNSECURED        3661.26           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         7743.28           .00        442.94
BALLYS TOTAL FITNESS       UNSECURED       NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED        7610.06           .00           .00
OAKVIEW DENTAL             UNSECURED       NOT FILED          .00           .00
OAKVIEW DENTAL GROUP LTD   NOTICE ONLY     NOT FILED          .00           .00
COMCAST CABLE COMMUNICAT   UNSECURED         201.83           .00           .00
COMCAST CABLE COMMUNICAT   NOTICE ONLY     NOT FILED          .00           .00
MEDICAL FACT ACT SUPPRES   UNSECURED       NOT FILED          .00           .00
HOLY CROSS HOSPITAL        UNSECURED       NOT FILED          .00           .00
HOLY CROSS HOSPITAL        NOTICE ONLY     NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED          .00           .00
VILLAGE OF TINLEY PARK     UNSECURED       NOT FILED          .00           .00
VILLAGE OF TINLEY PARK     NOTICE ONLY     NOT FILED          .00           .00
RMI/MCSI                   UNSECURED         750.00           .00           .00
VILLAGE OF TINLEY PARK     NOTICE ONLY     NOT FILED          .00           .00
SEARS/CBSD                 UNSECURED       NOT FILED          .00           .00
CITIMORTGAGE INC           MORTGAGE ARRE        .00           .00           .00
CITY OF CHICAGO            UNSECURED        1035.48           .00           .00
CITY OF CHICAGO            UNSECURED         513.16           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        1586.51           .00           .00
CITY OF CHICAGO PARKING    UNSECURED        2030.00           .00           .00
CITY OF CHICAGO WATER DE   SECURED          1506.44           .00        540.00
ILLINOIS DEPT OF REVENUE   PRIORITY         2369.23           .00        135.53
ILLINOIS DEPT OF REVENUE   UNSECURED         374.35           .00           .00
GLEASON & GLEASON LLC      DEBTOR ATTY     1,774.00                    1,774.00
TOM VAUGHN                 TRUSTEE                                       814.93
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16732 EDITH HULBERT & LINDSEY HULBERT
```

```
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 11,877.17

PRIORITY                                          578.47
SECURED                                         8,240.00
    INTEREST                                      469.77
UNSECURED                                            .00
ADMINISTRATIVE                                  1,774.00
TRUSTEE COMPENSATION                              814.93
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                  11,877.17               11,877.17
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 02/24/09            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE










                         PAGE   2
         CASE NO. 06 B 16732 EDITH HULBERT & LINDSEY HULBERT